1       IN THE UNITED STATES DISTRICT COURT

2     FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

3           SOUTHERN DIVISION

4

5

6  WALLACE DWAYNE PETERSON, JR.,
      Plaintiff,

7

8  VERSUS        CIVIL ACTION NO: 1:20-cv-216-HSO-RHWR

9

10  PEARL RIVER COUNTY,
    MISSISSIPPI; DAVID ALLISON,
11  Individually; and JOHN AND
    JANE DOES 1-10, Individually,
12     Defendants.

13

14

15

16           DEPOSITION OF TYLER TATE

17

18    Taken at the Pearl River County Sheriff's

19    Department, 171 Savannah Millard Road,

20    Poplarville, Mississippi, on Monday,

21    November 8, 2021, beginning at 2:55 p.m.

22

23

24

25

**Schroeder-Lanoux Reporting & Legal Video, Inc.**
**(228) 875-2684**



```
 1    APPEARANCES:

 2
           G. MORGAN HOLDER, ESQUIRE
 3
           Smith & Holder, PLLC
 4
           1720 22nd Avenue
 5
           Gulfport, Mississippi  39501
 6
           morgan@smitholder.com
 7
                ATTORNEY FOR PLAINTIFF
 8

 9         LANCE W. MARTIN, ESQUIRE

10         Allen, Allen, Breeland & Allen, PLLC

11         214 Justice Street

12         Brookhaven, Mississippi  39601

13         lmartin@aabalegal.com

14              ATTORNEY FOR DEFENDANTS

15

16
      ALSO PRESENT: Wallace D. Peterson, Jr.
17

18

19

20    REPORTED BY:

21         NATALIE R. SEYMOUR, CSR #1637
           Schroeder-Lanoux Reporting & Legal Video, Inc.
22         220 Glen Eagles Drive
           Ocean Springs, Mississippi  39564
23         (228)875-2864
           Natalie@SchroederLanoux.com
24

25
```

```
 1                    TABLE OF CONTENTS

 2

 3   Examination by:                          Page:

 4      Mr. Holder                               5

 5      Mr. Martin                              33

 6   Certificate of Reporter                   41

 7   Errata Sheet                              42

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    STIPULATION

 2        It is hereby stipulated and agreed by and

 3   between the parties hereto, through their

 4   respective attorneys of record, that this

 5   deposition may be taken at the time and place

 6   hereinbefore set forth, by Natalie R. Seymour,

 7   Court Reporter and Notary Public, pursuant to the

 8   Federal Rules of Civil Procedure, as amended;

 9        That the formality of READING AND SIGNING is

10   specifically NOT WAIVED;

11        That all objections, except as to the form of

12   the questions and the responsiveness of the

13   answers, are reserved until such time as this

14   deposition, or any part thereof, may be used or is

15   sought to be used in evidence.

16                       -  -  -

17

18

19

20

21

22

23

24

25
```

1                    TYLER TATE,

2            having been first duly sworn, was

3            examined and testified as follows:

4                      - - -

5                    EXAMINATION

6   BY MR. HOLDER:

7        Q.    Can you please state your full name for

8   the record, please?

9        A.    Full name is Tyler Andrew Tate.

10       Q.    And do you want me to call you Tyler or

11  Officer Tate?  How do you want me to refer to you?

12       A.    You can call me Tyler.  It doesn't

13  matter.

14       Q.    Tyler, my name is Morgan Holder, and I

15  represent Mr. Peterson in this case.

16            Have you ever had your deposition taken

17  before?

18       A.    No, sir.

19       Q.    Basically what I'm going to do is, I'm

20  going to ask you some questions.  If you don't

21  understand it, ask me to repeat it.  Don't try to

22  answer a question you don't understand.  That's

23  when we get into a whole bunch of confusion.  Try

24  to verbalize your answers, so Natalie, the court

25  reporter, can take it down, rather than doing head

1    nods or uh-huhs and nuh-uhs, that type of stuff.

2             Having said that, real briefly, what is

3    your role with Pearl River County?

4        A.   My rank is sergeant, and I'm currently a

5    patrol supervisor.

6        Q.   How long have you been in that capacity?

7        A.   I've been a sergeant for about a year,

8    year and a half, but I've been a patrol supervisor

9    for about three-and-a-half to five years roughly.

10       Q.   And is that all with Pearl River County?

11       A.   Yes, sir.  Are you asking is that all I

12   do with Pearl River County?

13       Q.   No.  Your role as patrol supervisor for

14   the last three-and-a-half to five years, was that

15   with Pearl River County?

16       A.   Yes, sir.  I also hold other collateral

17   duties.

18       Q.   Okay.  Were you involved on the Special

19   Response Team?

20       A.   Yes, sir.

21       Q.   Okay.  What type of training do y'all

22   receive for that?

23       A.   They send us to SWAT school.  That's

24   directed by standards of the State.

25       Q.   And how often do you have to go?

```
 1        A.    I went one time to get my certification,

 2   and then there are several other schools that they

 3   may send us to depending on what they require of

 4   us as far as what we do.

 5        Q.    To the best of your recollection, how

 6   many times in, say, the last three years have you

 7   attended any training for the Special Response

 8   Team?

 9        A.    Around four or five.

10        Q.    Before we get into the specific facts of

11   this case, did you review any materials before you

12   came in here to testify today?

13        A.    No, sir.

14        Q.    Didn't review any written reports or

15   statements or anything like that?

16        A.    No, sir.

17        Q.    Have you spoken with anybody about your

18   deposition today other --

19        A.    No, sir.

20        Q.    -- than Mr. Martin?

21        A.    Today, no, sir.

22        Q.    What about before today?

23        A.    They told me I had to come in to do a

24   deposition and that several of the others had

25   given their deposition.
```

1      Q.    Have you spoken with Ryan Stachura or

2  Shane Tucker or Daniel Quave or Sheriff Allison

3  about your testimony in here today?

4      A.    Captain Quave told me that I needed to

5  get with Mr. Martin in reference to giving my

6  deposition.

7      Q.    Okay.  Did you know Mr. Peterson prior

8  to August 2019?

9      A.    Not that I can recall.  I might have

10  dealt with him while at work, but none that I can

11  remember.

12      Q.    Okay.  To the best of your knowledge,

13  you never encountered him before that day?

14      A.    Not that I can recall, no, sir.

15      Q.    How many search warrants had you

16  executed in the past prior to 2019?

17      A.    That's kind of hard to recall.

18      Q.    Would you say more than 10?

19      A.    Before 2019, maybe around that range.

20      Q.    This wasn't your first one, I guess is

21  what I'm --

22      A.    Not that I can -- no, sir.

23      Q.    Do you recall who the officer in charge

24  was?

25      A.    Not that I can recall, no.

1     Q.    Do you recall when you first learned of

2    the plan to execute this warrant?

3     A.    Can you elaborate, please?

4     Q.    When did you first learn that y'all were

5    going out to Mr. Peterson's house to execute a

6    search warrant?

7     A.    Probably that day.

8     Q.    And do you recall if it was in the

9    morning when y'all did this?

10    A.    I believe so, yes, sir.

11    Q.    And did y'all have a meeting beforehand?

12    A.    Yes, sir.

13    Q.    Do you recall where that was?

14    A.    I believe it was somewhere on the

15    sheriff's department premises.

16    Q.    Would that be this premises?

17    A.    Like somewhere on the property.  Not in

18    this room, but --

19    Q.    Somewhere on this parcel of land, where

20    we are today?

21    A.    Yes, sir.

22    Q.    Do you recall who was present?

23    A.    I can recall several people, but I

24    wouldn't be able to tell you everyone.

25    Q.    Tell me who you definitely know were

1    there during that time with certainty.

2         A.   At the meeting?

3         Q.   Yes.

4         A.   Based on the search warrant, I remember

5    who was at the search warrant.

6         Q.   I'm talking about beforehand at the

7    meeting.

8         A.   I know.  I can't quite recall.

9         Q.   I just want to know exactly.  If you're

10   not certain somebody was here, don't mention them.

11             So who do you know for certain that was

12   at that, we'll call it, operations meeting?

13        A.   Captain Quave, Captain Edgar, myself.

14   I'm sorry.  We've had several people come and go

15   since 2019.

16        Q.   I understand.

17        A.   Major Williams.  I'm not sure if I can

18   recall anyone in the meeting that's still on the

19   team today, because we have several people that

20   are -- have been on the team -- added on since

21   then.

22        Q.   Do you know if Shane Tucker was present

23   at that meeting?

24        A.   He may have been, but --

25        Q.   But you can't say with certainty?

1      A.    I can't say with certainty.

2      Q.    What about Ryan Stachura?

3      A.    Same answer.  He may have been, but I

4    can't say with absolute certainty.

5      Q.    Do you know who was kind of running the

6    meeting, so to speak?

7      A.    I can't really recall.

8      Q.    Okay.  Well, generally speaking, when

9    y'all have these operations meetings, is there one

10   officer that's kind of basically telling everybody

11   else, here's what your role is going to be, you

12   know, this is the order we're going in kind of

13   thing?

14     A.    Well, we have a team commander, but that

15   individual might not be the person who's always

16   directing the meeting.  Do you understand what I'm

17   saying?

18     Q.    Yeah, I understand.  Out of yourself and

19   Officer Quave, Officer Edgar, Officer

20   Williams -- let me ask you this:  Were you running

21   the meeting?

22     A.    No, sir.

23     Q.    And you don't recall whether Officer

24   Williams was?

25     A.    No, sir.

1      Q.    Or whether Officer Quave was?

2      A.    I don't recall, no.

3      Q.    Or whether Officer Edgar was?

4      A.    No, sir.

5      Q.    Do you recall the information you

6   learned in that meeting insofar as the process in

7   executing the warrant?

8      A.    Can you ask that again, please?

9      Q.    Yeah.  When y'all were getting ready to

10  leave to go execute the warrant, do you recall

11  what the -- generally speaking, what the procedure

12  was, the plan was in executing that warrant?

13     A.    I can recall small things as far as the

14  main things we would need to know as far as the

15  location, who we're there for, things of that

16  nature.

17     Q.    Okay.  And was the location on Connie

18  Hariel Road?  Do you remember that?

19     A.    Yes, sir.

20     Q.    Did you drive out there by yourself, or

21  did you ride with somebody else?

22     A.    No, sir, I believe I rode with somebody.

23     Q.    Do you remember who you rode with?

24     A.    I believe it was in Shane Tucker's

25  truck, if he was -- yeah, it was in Shane Tucker's

```
 1   truck.
 2        Q.   So Tucker drove.  You rode in the
 3   passenger seat with him?
 4        A.   Best I can recall.
 5        Q.   Okay.  Now, when y'all got there, you
 6   know, do you recall if y'all were the first people
 7   there, or do you recall if somebody, you know, was
 8   there before you?
 9        A.   In reference to the -- when you ask if
10   there was anyone else there before us --
11        Q.   Did anyone else arrive at his residence
12   prior to you and Tucker?
13        A.   When we arrived -- the whole team
14   arrived together when we drove up to the house.
15        Q.   And were y'all coming in the same
16   direction, or were y'all all coming in two
17   different directions; do you recall?
18        A.   I believe we were all coming in the same
19   direction.
20        Q.   And to the best of your knowledge, when
21   you went out there, what was your responsibility?
22        A.   My responsibility was an operator within
23   the team.  So I was to go in the house with the
24   main body of the team.
25        Q.   Were y'all in a stack?  We'll call it a
```

1    "stack."

2         A.    Yes, sir, you could call it that.

3         Q.    Everybody else has said that.  That's

4    why I'm asking you.  Was everybody in a stack?

5         A.    Yes, sir.

6         Q.    Do you recall who was the point man or

7    front of the stack?

8         A.    I believe Officer Edgar was.

9         Q.    And do you recall where you were in the

10   stack?

11        A.    Best I recall, I was either number two

12   or number three.

13        Q.    And if you were number three, who would

14   have been number two, to the best of your

15   knowledge?

16        A.    I'm not really sure.  I may have been

17   number two.

18        Q.    Okay.  Do you recall whether Tucker was

19   in front of you or behind you?

20        A.    I do not recall.

21        Q.    Okay.  But if Edgar was first and you

22   were two, he was somewhere behind you?

23        A.    I would assume so.

24        Q.    Okay.  He couldn't have been in front of

25   you if you were second; right?

```
 1        A.   Best I can recall, I was either second
 2   or third, but I don't recall Shane Tucker being in
 3   front of me.
 4        Q.   Do you recall Shane Edgar being in front
 5   of you?
 6        A.   Yes.
 7        Q.   Are you certain that he was the first
 8   one that entered?
 9        A.   Best I can recall.
10        Q.   And when y'all all parked and got in the
11   stack and approached the door, tell me exactly
12   what you recall from the time y'all approached the
13   door until the time y'all went inside the
14   residence.
15        A.   So we drove in.  Everyone exited their
16   vehicles.  We approached the door.  When we got to
17   the door, I wasn't in the front, so I don't know
18   exactly what happened in front of Captain Edgar.
19   But we got to the door and made contact with the
20   door, announced ourselves and made entry into the
21   house.  Would you like me to keep going?
22        Q.   I'll just ask you a follow-up question
23   on that and I'll let you keep going.  From the
24   time y'all got to the door until the time y'all
25   went in the house, about how many seconds went by?
```

1        A.    I would say around five to ten seconds.

2        Q.    Okay.  And then Officer Edgar went in

3    the door.  You followed in behind him?

4        A.    Yes, sir.

5        Q.    Do you recall whether or not you went to

6    the left or you went to the right?

7        A.    Are you asking if I went to the left?

8        Q.    Yes.

9        A.    I went to the left.

10       Q.    Did you go to the left alone, or do you

11   recall if somebody else went to the left with you?

12       A.    I was the first one to the left.

13   Eventually someone came with me.

14       Q.    Okay.  And do you recall if that was

15   Officer Tucker?

16       A.    I can't recall because I was focused on

17   what was in front of me.

18       Q.    Okay.  Do you recall if anybody knocked

19   on the door?

20       A.    I can't recall.

21       Q.    Can you recall whether or not this was a

22   no-knock warrant?

23       A.    I can't recall that, either.

24       Q.    When y'all do these operations plans, if

25   it's a no-knock warrant, is that something y'all

1    usually would discuss?

2        A.    It would usually be discussed in the

3    meeting.

4        Q.    And do you recall it being discussed in

5    this meeting?

6        A.    I can't recall.  Sorry.

7        Q.    Do you recall how the door was breached?

8        A.    I can't recall.

9        Q.    Do you know if there was any force used

10   to open the door?

11       A.    I can't recall that.

12       Q.    Okay.  When's the first time you made

13   contact with Mr. Peterson?

14       A.    When I came through the door, I saw

15   Mr. Peterson laying on the couch.  He sat up and

16   went to go grab something, and then I moved to the

17   left to cover the kitchen and the hallway as the

18   rest of the team came in.

19       Q.    All right.  Say that again.  I'm sorry.

20   You saw Mr. Peterson.  He was laying on the couch?

21       A.    Yes, sir.

22       Q.    Was he asleep?

23       A.    I don't know.

24       Q.    But when you first observed him, he was

25   laying down on the couch?

1      A.    When I came in the house, best I can

2  recall, yes, sir.

3      Q.    Then you moved to the left to, we'll

4  call it, secure the area.  And what did you see at

5  that point in time?

6      A.    When I moved to the left, I was facing

7  the kitchen and the hallway that was leading to a

8  bedroom.  And my focus was fixated toward that

9  area in case someone else was in the house.

10     Q.    Okay.  Did you observe Officer Edgar

11  interact with Mr. Peterson?

12     A.    No.

13     Q.    So you didn't see anything that happened

14  from the time Officer Edgar approached

15  Mr. Peterson and Mr. Peterson being on the floor?

16     A.    When I went in, I moved to the left, and

17  they moved towards Mr. Peterson, who was sitting

18  up on the couch and grabbing something.  And when

19  I went to the left, I was covering the kitchen and

20  the hallway that was leading to the bedroom.

21     Q.    So Mr. Peterson, he sat up.  Did he ever

22  stand up that you can recall?

23     A.    Not that I can recall.  It happened

24  really fast.  And when I transitioned to the left,

25  I was focused on that area.

```
1        Q.    Okay.  Did you ever recall anybody

2   saying anything to Mr. Peterson at that point in

3   time?

4        A.    Nothing specific that I can recall.

5        Q.    Okay.  And when you say they approached

6   Mr. Peterson, who were you referring to

7   specifically other than Officer Edgar?

8        A.    I know that Captain Edgar approached

9   Mr. Peterson when he sat up.  I'm not sure who

10  else approached him.  I went to the left, some

11  went to the right, and then eventually some came

12  with me to the left.

13       Q.    Okay.  From the time that y'all walked

14  in the front door and saw him laying on the couch

15  until the time that Officer Edgar had approached

16  Mr. Peterson, can you just give me your best

17  estimate about how many seconds might have went

18  by?

19       A.    Maybe five to ten seconds.  It happened

20  really fast.

21       Q.    And were all of y'all's weapons drawn at

22  that point in time when y'all opened the door?

23       A.    I can't say for everyone.  I can tell

24  you mine was.

25       Q.    Do you recall what kind of weapon you
```

1   were carrying that day?

2       A.   Best I can recall, I had my sidearm.

3       Q.   Would that be a pistol?

4       A.   Yes, sir.

5       Q.   Do you recall seeing anybody that had a

6   long gun drawn?

7       A.   I can't recall.

8       Q.   Do you recall if anybody was wearing a

9   body camera that day?

10      A.   I can't recall that, either.

11      Q.   Do you know if you were wearing one that

12  day?

13      A.   Best I recall, I believe I was not.

14      Q.   Were you equipped with one?

15      A.   Can you elaborate as far as --

16      Q.   In, let's just say, your law enforcement

17  duties, did you have a body camera on?  Did you

18  wear a body camera?

19      A.   Yes, sir, on patrol.

20      Q.   So normally you had a body camera on?

21           MR. MARTIN:  Object to the form.  You

22      can answer if you know.

23      A.   Say that again.

24  BY MR. HOLDER:

25      Q.   Normally you would wear a body camera?

```
 1        A.    While on patrol.

 2        Q.    Okay.  Well, what was your percentage of

 3   being on patrol versus not being on patrol?

 4        A.    My main duty's as a patrol supervisor.

 5   So I work my regular patrol schedule, and if I'm

 6   needed and there's a call-out, then --

 7        Q.    And in your main duties as patrol

 8   supervisor, you are wearing a body cam; is that

 9   correct?

10        A.    Yes, sir, most of the time.

11        Q.    Do you recall if there was any mandates

12   or policies and procedures in place instructing

13   officers when they were required to wear one?

14        A.    At that time, I can't recall.

15        Q.    Okay.  What about now?

16        A.    Yes, sir.

17        Q.    What is the policy and procedure now?

18        A.    I couldn't tell you verbatim.

19        Q.    Well, don't tell me verbatim, then.

20   Tell me what your understanding is of what the

21   policy and procedure is on body cameras.

22        A.    The best I can recall from the policy is

23   that when dealing with traffic stops, domestics or

24   any type of hot call, we're required to have our

25   cameras recording.
```

1      Q.    What about executing search warrants; do
2   you know?

3      A.    I don't recall.  I'd have to refer back
4   to the policy.

5      Q.    Are y'all trained on these?  Are y'all
6   tested on them?

7      A.    Can you elaborate as far as "tested"?

8      Q.    I mean, do y'all have to basically
9   exhibit an understanding of what the policies and
10  procedures are?

11     A.    Yes, sir.

12     Q.    And how is that done?  Is that done
13  through written test?

14     A.    The policies and procedures are provided
15  to new hires when they come to the sheriff's
16  department.  And if anything is updated or edited,
17  then it is published to the whole department.

18     Q.    And y'all are required to read them?

19     A.    Yes, sir.

20     Q.    Are y'all required to abide by them?

21     A.    Yes, sir.

22     Q.    They're not optional?

23     A.    No, sir.

24     Q.    Okay.  Do you recall how many officers
25  were out there that day at Mr. Peterson's house?

1      A.    No, sir, I can't.

2      Q.    Do you recall what kind of firearm

3  Officer Edgar was carrying?

4      A.    No, I can't.

5      Q.    All right.  So after you approached the

6  kitchen, tell me what you did after that.

7      A.    After I approached the kitchen -- my

8  focus was headed toward the kitchen.  The best I

9  can recall, there was a hallway leading to a

10  bedroom.  I didn't know if anyone else was inside

11  the house.  Once I had more people with me, I then

12  proceeded to clear the kitchen, the hallway and

13  the bedroom.

14      Q.    And about how long did that take you,

15  you think?

16      A.    Maybe 30 seconds.

17      Q.    Okay.  And I believe you testified

18  earlier that somebody also came in that area of

19  the house behind you?

20      A.    Yes, sir.  I didn't go alone.

21      Q.    But you were the first person that went

22  to the left; right?

23      A.    Yes, sir.

24      Q.    And after the area was cleared, did you

25  go outside or did you come back in the living

```
 1   area; do you recall?
 2        A.    Well, I had to come back through the
 3   living area to get outside.  But, yes, sir, I came
 4   back through the living area, and then at some
 5   point I went outside.
 6        Q.    And when you came back to the living
 7   area, was Mr. Peterson still in there or was he
 8   already outside?
 9        A.    I can't recall.
10        Q.    Did you ever see him on the floor in the
11   living area?
12        A.    I can't recall that.
13        Q.    Did you ever see him bleeding?
14        A.    I can't recall that.
15        Q.    When you went outside, what did you do
16   then?
17        A.    Best I can recall, I went outside.  I
18   may have taken my vest off and put it in the truck
19   and then assisted with conducting the search
20   warrant.
21        Q.    So you went back inside?
22        A.    I believe so.  I may have went back
23   inside, yes, sir.
24        Q.    Were you inside when they had
25   Mr. Peterson come unlock the safe in the bedroom?
```

```
 1        A.    I can't exactly recall.

 2        Q.    Do you recall seeing a safe?

 3        A.    I believe so, but I'm not completely

 4   sure.

 5        Q.    Okay.  Do you recall seeing an open

 6   safe?

 7        A.    I can't recall that.

 8        Q.    Okay.  Do you recall seeing Mr. Peterson

 9   outside?

10        A.    I can't really recall.  It's a

11   possibility, but --

12        Q.    When you walked into the residence --

13   and I'm asking you from your point of reference,

14   not his.  So if you're looking at Mr. Peterson and

15   he was laying on the couch, which way was his head

16   and which way were his feet?  Which way was he

17   laying on that couch as you're looking at him?

18        A.    I'm sorry.  I'm trying to -- I'm trying

19   to remember.  I believe his head was to the right.

20        Q.    And was there anything between the front

21   door and the couch?

22        A.    Yes, sir.

23        Q.    And what was that?

24        A.    I believe there was a table and

25   miscellaneous items on the table.
```

1       Q.     And that would have been directly

2    between the front door and the couch?

3       A.     From what I remember.

4       Q.     Okay.  And when Shane Edgar, when he

5    approached Mr. Peterson, do you recall if he went

6    around to the left side of the coffee table or if

7    he went to the right side of the coffee table?

8       A.     I believe it was the left.

9       Q.     All right.  Now, after y'all made entry,

10   secured the scene, performed your search, wrapped

11   everything up, did you interview with anybody

12   about the event that took place that day?

13      A.     No, sir.

14      Q.     Nobody ever asked you any information to

15   include in any report or anything like that?

16      A.     As far as who?  Anyone specifically?

17      Q.     Anybody.

18      A.     You say "interview"?

19      Q.     Yeah.  Whoever the commanding officer

20   was or the officer responsible for documenting

21   what happened out there that day, did anybody ever

22   ask you any questions?

23      A.     Not from what I can remember.

24      Q.     Do you recall what Mr. Peterson was

25   wearing?

```
 1        A.    No, sir.

 2        Q.    Did you ever see him when you got back

 3   to the station?

 4        A.    I don't believe so.

 5        Q.    Did you ever talk to Officer Edgar or

 6   Officer Stachura about what they testified to in

 7   their deposition?

 8        A.    Say that again.

 9        Q.    Have you discussed with Officer Stachura

10   or Officer Edgar about what they testified to in

11   their deposition?

12        A.    I talked to Captain Edgar.

13        Q.    Did he tell you what kinds of questions

14   were asked?

15        A.    No.

16        Q.    What did y'all talk about?

17        A.    I called him in reference to the

18   deposition, because I didn't know that I was

19   supposed to give one.  I didn't know that this was

20   an ongoing thing.

21        Q.    I didn't know you were supposed to give

22   one, either, out of fairness, Tyler, because we

23   didn't know who you were until this deposition.

24              Do you recall the date that you talked

25   to him?  Was it the day of his deposition, or was
```

1    it the day after; do you know?

2         A.    I don't know when his deposition was.   I

3    called him when I was informed that I was supposed

4    to give a deposition.

5         Q.    Okay.  Do you recall when that day was

6    that you called him?

7         A.    It's probably been within a week.

8         Q.    And he didn't discuss any of his

9    deposition with you?

10        A.    He didn't tell me any questions that

11   were asked.

12        Q.    Did he tell you anything that he said?

13        A.    Possibly.

14        Q.    What did he tell you?

15        A.    I called him when I found out we had to

16   give a deposition, and I was trying to find out

17   why I was supposed to be giving a deposition.  And

18   from what I gathered, he recalled that I was

19   involved with taking Mr. Peterson into custody.

20        Q.    Okay.  Do you recall taking Mr. Peterson

21   into custody?

22        A.    Everything I've told you is what

23   occurred.

24        Q.    So you didn't have anything to do with

25   taking him into custody?

```
 1        A.    As far as the search warrant, I was

 2   there; but as far as all the questions you asked

 3   of what I did, is what I did.

 4        Q.    You didn't handcuff him?

 5        A.    No, sir.

 6        Q.    You didn't take him outside?

 7        A.    No, sir.

 8        Q.    You didn't have any physical involvement

 9   with him?

10        A.    Not that I can remember.

11        Q.    Do you recall if Edgar ever told him he

12   was under arrest?

13        A.    I can't recall.

14        Q.    Did Edgar tell you -- let me back up for

15   a second.  In y'all's conversation within the last

16   week, did he mention anything to you about

17   Mr. Peterson grabbing anything?

18        A.    He may have.

19        Q.    Do you recall if Wallace was handcuffed

20   when he was inside or not?

21        A.    I can't exactly recall.

22        Q.    Do you recall seeing Sheriff Allison

23   there?

24        A.    I can't recall.

25        Q.    Okay.  Do you know if you ever did --
```

1    you, personally.  I'm not talking about anybody

2    else, but do you know if you, personally, ever

3    drafted any report or statement or narrative

4    insofar as this case is concerned?

5        A.   Not that I can remember.

6        Q.   Would that normally be something you

7    would do if you're serving on a team that's

8    executing a warrant?

9        A.   It would depend on certain

10   circumstances.

11       Q.   Okay.  Give me some examples.

12       A.   Depending on my actions and what I did

13   involving that situation.

14       Q.   If you were involved with apprehending,

15   you know, somebody -- I don't want to call them a

16   suspect.  We'll just call him a resident -- that

17   resulted in injury to somebody, would you be

18   required to do a report at that point in time?

19       A.   Yes.  I would most likely do a

20   supplement.

21       Q.   Do you recall who was responsible for

22   photographing the scene, any potential evidence,

23   that type of thing?

24       A.   No, sir.

25       Q.   Was it you?

1       A.   No, sir.

2       Q.   Did you have any responsibility there

3   that day other than basically going in, securing

4   the premises and then just a general search of the

5   residence?

6       A.   No, sir.

7       Q.   Okay.  So you didn't have any special

8   responsibility that the majority of the officers

9   on the scene --

10      A.   Other than what -- I've already told you

11  what I did.

12      Q.   You weren't the point man; right?

13      A.   No, sir.

14      Q.   And you weren't in charge of the

15  investigation; right?

16      A.   No, sir.

17      Q.   And you didn't photograph the scene?

18      A.   No, sir.

19      Q.   And you didn't interview anybody;

20  correct?

21      A.   No, sir.

22      Q.   Do you recall if you were ever

23  interviewed by anybody?

24      A.   You already asked me that.

25      Q.   I'm asking again because I can't

```
 1    remember what you said.

 2         A.    No, sir, not that I can recall.

 3         Q.    Do you recall ever talking to Officer

 4    Stachura about this case this day or shortly

 5    thereafter?

 6         A.    I may have.

 7         Q.    But you don't recall?

 8         A.    No, I can't exactly recall.

 9         MR. HOLDER:   Okay.  Can we go off the

10         record for just a second?

11              (Off the record.)

12    BY MR. HOLDER:

13         Q.    All right.  Just a couple of general

14    questions just to wrap up.  When y'all went in

15    there, were y'all announcing that y'all had a

16    search warrant?

17         A.    The best I can recall.

18         Q.    Okay.  Well, did you have a copy of that

19    search warrant with you?

20         A.    Not with me.

21         Q.    Do you know who did?

22         A.    I can't recall.

23         MR. HOLDER:   That's all I've got.

24                        - - -

25                   EXAMINATION
```

1    BY MR. MARTIN:

2         Q.    Sergeant Tate, earlier you said that

3    about this time you had maybe executed 10 search

4    warrants prior to this date?

5         A.    Give or take.  I had been on the SWAT

6    team for maybe two years.

7         Q.    Okay.  How many search warrants would

8    you say you've executed since then?

9         A.    It's hard to say.

10        Q.    And I don't need an exact figure.

11        A.    Maybe the same answer, give or take.

12        Q.    Sure.  When you have executed, let's

13   say, around 20 search warrants, are you always in

14   the same position in each entry?

15        A.    No, sir.

16        Q.    Okay.  Is every SRT member always

17   present for each search warrant execution?

18        A.    No, sir.

19        Q.    So it's a fair assessment to say that

20   membership and position varies?

21        A.    Yes, sir.

22        Q.    Sergeant, how tall are you?

23        A.    5'6".

24        Q.    Okay.  Do you know how tall Captain

25   Edgar is?

```
 1        A.    I'm not exactly sure.

 2        Q.    Is he taller than you?

 3        A.    Yes, sir.

 4        Q.    Is he wider than you?

 5        A.    Yes, sir.

 6        Q.    Do you remember what kind of entryway

 7   was leading up to Mr. Peterson's residence?

 8        A.    Yes, sir.  Can you elaborate as far as

 9   "entryway"?

10        Q.    Like, what did Mr. Peterson's door look

11   like, and how did you get to his door?

12        A.    Yes, sir, the best I can recall, it was

13   some small steps leading up to a standard trailer

14   door.

15        Q.    Prior to entry, were you standing on one

16   of the steps or standing on the ground?

17        A.    I can't exactly recall.

18        Q.    Where were you standing in relation to

19   Captain Edgar?

20        A.    I was -- I was behind him.

21        Q.    And you said once you guys got set, it

22   was about five to ten seconds before breach.  Was

23   that correct?

24        A.    That was five to ten seconds from us

25   going in until them making contact with
```

1   Mr. Peterson.

2        Q.   Okay.  Explain for me again in that five

3   to ten seconds, where were you focused.

4        A.   When we approached the door, made entry

5   into the door, I then went left and was covering

6   on the kitchen.

7        Q.   Did you pause at any time, or was it

8   continuous movement?

9        A.   I paused for a few seconds when I got to

10  the kitchen.

11       Q.   Had you paused at any time prior to

12  getting to the kitchen?

13       A.   Not that I can recall.  Once I got to

14  the kitchen, I paused so that I would not proceed

15  by myself into the rest of the house.

16       Q.   During that pause, did you turn your

17  focus onto Captain Edgar while he was arresting

18  Mr. Peterson?

19       A.   Not exactly that I can recall.

20       Q.   Do you remember who joined you to press

21  forward into the rest of the residence?

22       A.   I can't recall.

23       Q.   And you said that that process of

24  clearing took about 30 seconds; is that correct?

25       A.   Give or take, yes, sir.

```
 1      Q.    Explain to me clearing.  What did you do
 2   during that process?
 3      A.    So once I had additional support, I
 4   cleared the kitchen to make sure no one else was
 5   in there and then down the hallway.  And I can't
 6   recall if there was any closets or a bathroom, but
 7   whatever other rooms and then, the best I can
 8   recall, a bedroom at the end of the hallway just
 9   to make sure no one else was in the house, make
10   sure we could secure the scene and make sure
11   everything is safe.
12      Q.    Did you at any point in time discover
13   anybody else in the house?
14      A.    Not that I can recall.
15      Q.    As this process of clearing is going on,
16   are you announcing yourself in any way?
17      A.    Yes, sir.
18      Q.    And what are you saying, when do you say
19   it, stuff like that?
20      A.    Usually when we go into a new area of
21   the house, I would announce myself, "sheriff's
22   department."
23      Q.    And if you found no one to be in that
24   room, would you say anything?  Would you announce
25   that to anyone else?
```

1      A.    Before going in the room?

2      Q.    No.  After the room is clear, like,

3   would you say anything?

4      A.    Sometimes I would let the other team

5   members know that it was clear.

6      Q.    And how would you do that?  What would

7   you say?

8      A.    Tell them it was clear.

9      Q.    Did you hear at any point in time during

10   this day other officers uttering anything, saying

11   anything?

12      A.    I did, but I couldn't tell you exactly

13   what it was.

14      Q.    Was there anything that you heard that

15   suggests to you that the house was unsafe?

16      A.    Not that I can recall.

17      Q.    After you cleared your side of the

18   trailer, where did you go after your rooms were

19   clear?

20      A.    After I cleared the left side of the

21   trailer, I would have made my way back toward the

22   living room.

23      Q.    When you got back to the living room, do

24   you remember seeing Mr. Peterson?

25      A.    I can't recall.

1        Q.    When you got back to the living room, do

2    you remember seeing Sheriff Allison?

3        A.    I can't recall.

4        Q.    Do you remember seeing Sheriff Allison

5    at any point in time that day?

6        A.    I can't recall that.

7        Q.    Did you see Captain Edgar handcuff

8    Mr. Peterson?

9        A.    No.

10        Q.    Did you see any other officer handcuff

11    Mr. Peterson?

12        A.    No.

13        Q.    Did you ever see any officer hit

14    Mr. Peterson?

15        A.    No.

16        Q.    Did you hit Mr. Peterson?

17        A.    No.

18        Q.    On this particular date, were you in

19    your capacity as a patrol supervisor?

20        A.    No, sir.

21        Q.    When you're a patrol supervisor, do you

22    dress differently than when you're on SRT?

23        A.    Yes, sir.

24        Q.    Explain the difference in those outfits,

25    for lack of a better word.

1         A.    When I'm a patrol supervisor, I'm

2    working my regular patrol shift, I would have our

3    regular patrol uniforms, which would be the navy

4    blue shirts and the dark colored pants.   Then I

5    would have a belt and maybe an outer vest that

6    would look professional and be the same color.

7              SRT, then I would have either green BDUs

8    or multi-cam BDUs and a different belt and a

9    different tac vest on.

10        Q.    And if you weren't wearing your patrol

11   uniform that day, were you wearing your SRT

12   uniform?

13        A.    Best I can recall.

14        Q.    Those SRT uniforms, is it standard for

15   you to have a body cam on while wearing that

16   uniform?

17        A.    No, sir.

18        Q.    You mentioned earlier that whenever you

19   enter, you're focused on what is in front of you.

20   What's the importance in that?

21        A.    In relation to where I was at in the

22   house or --

23        Q.    Yes, at any point in time you enter and

24   you say you focus on what's in front of you, why

25   do that?

```
 1        A.    Well, it depends on where I'm at.  I was

 2   in the front, so that's why I was focused mainly

 3   toward the front, because there was no one else to

 4   the left in the house.

 5        Q.    And at that point in time, that's when

 6   you pressed on to clear?

 7        A.    Yes, sir, after I had support.

 8           MR. MARTIN:  No further questions.

 9           MR. HOLDER:  I don't have anything else.

10                        -  -  -

11        (Deposition concluded at 3:51 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              CERTIFICATE OF COURT REPORTER
 2        I, NATALIE R. SEYMOUR, Court Reporter and
 3   Notary Public, in and for the County of Harrison,
 4   State of Mississippi, hereby certify that the
 5   foregoing pages, and including this page, contain a
 6   true and correct transcript of the testimony of the
 7   witness, as taken by me at the time and place
 8   heretofore stated, and later reduced to typewritten
 9   form by computer-aided transcription under my
10   supervision, to the best of my skill and ability.
11        I further certify that I placed the witness
12   under oath to truthfully answer all questions in
13   this matter under the authority vested in me by the
14   State of Mississippi.
15        I further certify that I am not in the employ
16   of, or related to, any counsel or party in this
17   matter, and have no interest, monetary or
18   otherwise, in the final outcome of the proceedings.
19        Witness my signature and seal, this the 18th
20   day of November, 2021.
21
22
23
             _____
24           Natalie R. Seymour, CSR #1637
             My Commission Expires 6/12/2022.
25
```

**Schroeder-Lanoux Reporting & Legal Video, Inc.**
**(228) 875-2684**

```
 1                    ERRATA SHEET

 2        I, _____, do solemnly
     swear that I have read the foregoing _____ pages
 3   of the testimony given by me at the time and place
     hereinbefore set forth, with the following
 4   corrections:

 5

 6   Page:   Line:   Correction:    Reason for change:

 7   _____

 8   _____

 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16                         _____

17                    NOTARIZATION

18        I, _____, notary public

19   for the State of Mississippi, _____

20   County, do hereby certify that _____

21   personally appeared before me this _____ day of

22   _____, 2021, at _____, Mississippi.

23   My Commission Expires:

24   _____    _____

25                                  (NOTARY PUBLIC)
                                              (NRS)
```

**Schroeder-Lanoux Reporting & Legal Video, Inc.**
**(228) 875-2684**

i1

**1**

**10** 8:18 33:3

**2**

**20** 33:13
**2019** 8:8,16,19 10:15

**3**

**30** 23:16 35:24
**3:51** 40:11

**5**

**5'6"** 33:23

**A**

**abide** 22:20
**absolute** 11:4
**actions** 30:12
**added** 10:20
**additional** 36:3
**Allison** 8:2 29:22 38:2,4
**Andrew** 5:9
**announce** 36:21,24
**announced** 15:20
**announcing** 32:15 36:16
**answers** 5:24
**apprehending** 30:14
**approached** 15:11,12,16 18:14 19:5,8,10,15 23:5,7 26:5 35:4
**area** 18:4,9,25 23:18,24 24:1,3,4,7,11 36:20
**arrest** 29:12
**arresting** 35:17

**arrive** 13:11
**arrived** 13:13,14
**asleep** 17:22
**assessment** 33:19
**assisted** 24:19
**assume** 14:23
**attended** 7:7
**August** 8:8

**B**

**back** 22:3 23:25 24:2,4,6,21,22 27:2 29:14 37:21,23 38:1
**Based** 10:4
**basically** 5:19 11:10 22:8 31:3
**bathroom** 36:6
**BDUS** 39:7,8
**bedroom** 16:8,20 23:10,13 24:25 36:8
**belt** 39:5,8
**bleeding** 24:13
**blue** 39:4
**body** 13:24 20:9,17,18,20,25 21:8,21 39:15
**breach** 34:22
**breached** 17:7
**briefly** 6:2
**bunch** 5:23

**C**

**call** 5:10,12 10:12 13:25 14:2 18:4 21:24 30:15,16
**call-out** 21:6
**called** 27:17 28:3,6,15
**cam** 21:8 39:15
**camera** 20:9,17,18,20,25

**cameras** 21:21,25
**capacity** 6:6 38:19
**Captain** 8:4 10:13 15:18 19:8 27:12 33:24 34:19 35:17 38:7
**carrying** 20:1 23:3
**case** 5:15 7:11 18:9 30:4 32:4
**certainty** 10:1,25 11:1,4
**certification** 7:1
**charge** 8:23 31:14
**circumstances** 30:10
**clear** 23:12 37:2,5,8,19 40:6
**cleared** 23:24 36:4 37:17,20
**clearing** 35:24 36:1,15
**closets** 36:6
**coffee** 6:6,7
**collateral** 6:16
**color** 39:6
**colored** 39:4
**commander** 11:14
**commanding** 26:19
**completely** 25:3
**concerned** 30:4
**concluded** 40:11
**conducting** 24:19
**confusion** 5:23
**Connie** 12:17
**contact** 15:19 17:13 34:25
**continuous** 35:8
**conversation** 29:15
**copy** 32:18
**correct** 21:9 31:20 34:23 35:24
**couch** 17:15,20,25 18:18 19:14 25:15,17,

21 26:2
**County** 6:3,10,12,15
**couple** 32:13
**court** 5:24
**cover** 17:17
**covering** 18:19 35:5
**custody** 28:19,21,25

**D**

**Daniel** 8:2
**dark** 39:4
**date** 27:24 33:4 38:18
**day** 8:13 9:7 20:1,9,12 22:25 26:12,21 27:25 28:1,5 31:3 32:4 37:10 38:5 39:11
**dealing** 21:23
**dealt** 8:10
**department** 9:15 22:16,17 36:22
**depend** 30:9
**depending** 7:3 30:12
**depends** 40:1
**deposition** 5:16 7:18,24,25 8:6 27:7,11,18,23,25 28:2,4,9,16,17 40:11
**difference** 38:24
**differently** 38:22
**directed** 6:24
**directing** 11:16
**direction** 13:16,19
**directions** 13:17
**directly** 26:1
**discover** 36:12
**discuss** 17:1 28:8
**discussed** 17:2,4 27:9
**documenting** 26:20

i2

domestics 21:23

door 15:11,13,16,17,19,
20,24 16:3,19 17:7,10,
14 19:14,22 25:21 26:2
34:10,11,14 35:4,5

drafted 30:3

drawn 19:21 20:6

dress 38:22

drive 12:20

drove 13:2,14 15:15

duly 5:2

duties 6:17 20:17 21:7

duty's 21:4

**E**

earlier 23:18 33:2
39:18

Edgar 10:13 11:19 12:3
14:8,21 15:4,18 16:2
18:10,14 19:7,8,15 23:3
26:4 27:5,10,12 29:11,
14 33:25 34:19 35:17
38:7

edited 22:16

elaborate 9:3 20:15
22:7 34:8

encountered 8:13

end 36:8

enforcement 20:16

enter 39:19,23

entered 15:8

entry 15:20 26:9 33:14
34:15 35:4

entryway 34:6,9

equipped 20:14

estimate 19:17

event 26:12

eventually 16:13 19:11

evidence 30:22

exact 33:10

**EXAMINATION** 5:5
32:25

examined 5:3

examples 30:11

execute 9:2,5 12:10

executed 8:16 33:3,8,
12

executing 12:7,12 22:1
30:8

execution 33:17

exhibit 22:9

exited 15:15

Explain 35:2 36:1
38:24

**F**

facing 18:6

facts 7:10

fair 33:19

fairness 27:22

fast 18:24 19:20

feet 25:16

figure 33:10

find 28:16

firearm 23:2

fixated 18:8

floor 18:15 24:10

focus 18:8 23:8 35:17
39:24

focused 16:16 18:25
35:3 39:19 40:2

follow-up 15:22

force 17:9

form 20:21

forward 35:21

found 28:15 36:23

front 14:7,19,24 15:3,4,
17,18 16:17 19:14
25:20 26:2 39:19,24

40:2,3

full 5:7,9

**G**

gathered 28:18

general 31:4 32:13

generally 11:8 12:11

give 19:16 27:19,21
28:4,16 30:11 33:5,11
35:25

giving 8:5 28:17

grab 17:16

grabbing 18:18 29:17

green 39:7

ground 34:16

guess 8:20

gun 20:6

guys 34:21

**H**

half 6:8

hallway 17:17 18:7,20
23:9,12 36:5,8

handcuff 29:4 38:7,10

handcuffed 29:19

happened 15:18 18:13,
23 19:19 26:21

hard 8:17 33:9

Hariel 12:18

head 5:25 25:15,19

headed 23:8

hear 37:9

heard 37:14

hires 22:15

hit 38:13,16

hold 6:16

Holder 5:6,14 20:24
32:9,12,23 40:9

hot 21:24

house 9:5 13:14,23
15:21,25 18:1,9 22:25
23:11,19 35:15 36:9,13,
21 37:15 39:22 40:4

**I**

importance 39:20

include 26:15

individual 11:15

information 12:5
26:14

informed 28:3

injury 30:17

inside 15:13 23:10
24:21,23,24 29:20

instructing 21:12

interact 18:11

interview 26:11,18
31:19

interviewed 31:23

investigation 31:15

involved 6:18 28:19
30:14

involvement 29:8

involving 30:13

items 25:25

**J**

joined 35:20

**K**

kind 8:17 11:5,10,12
19:25 23:2 34:6

kinds 27:13

kitchen 17:17 18:7,19
23:6,7,8,12 35:6,10,12,
14 36:4

knocked 16:18

**knowledge** 8:12 13:20 14:15

**L**

**lack** 38:25

**land** 9:19

**law** 20:16

**laying** 17:15,20,25 19:14 25:15,17

**leading** 18:7,20 23:9 34:7,13

**learn** 9:4

**learned** 9:1 12:6

**leave** 12:10

**left** 16:6,7,9,10,11,12 17:17 18:3,6,16,19,24 19:10,12 23:22 26:6,8 35:5 37:20 40:4

**living** 23:25 24:3,4,6,11 37:22,23 38:1

**location** 12:15,17

**long** 6:6 20:6 23:14

**M**

**made** 15:19,20 17:12 26:9 35:4 37:21

**main** 12:14 13:24 21:4,7

**Major** 10:17

**majority** 31:8

**make** 36:4,9,10

**making** 34:25

**man** 14:6 31:12

**mandates** 21:11

**Martin** 7:20 8:5 20:21 33:1 40:8

**materials** 7:11

**matter** 5:13

**meeting** 9:11 10:2,7, 12,18,23 11:6,16,21

12:6 17:3,5

**meetings** 11:9

**member** 33:16

**members** 37:5

**membership** 33:20

**mention** 10:10 29:16

**mentioned** 39:18

**mine** 19:24

**miscellaneous** 25:25

**Morgan** 5:14

**morning** 9:9

**moved** 17:16 18:3,6,16, 17

**movement** 35:8

**multi-cam** 39:8

**N**

**narrative** 30:3

**Natalie** 5:24

**nature** 12:16

**navy** 39:3

**needed** 8:4 21:6

**no-knock** 16:22,25

**nods** 6:1

**nuh-uhs** 6:1

**number** 14:11,12,13, 14,17

**O**

**Object** 20:21

**observe** 18:10

**observed** 17:24

**occurred** 28:23

**officer** 5:11 8:23 11:10, 19,23 12:1,3 14:8 16:2, 15 18:10,14 19:7,15 23:3 26:19,20 27:5,6,9, 10 32:3 38:10,13

**officers** 21:13 22:24 31:8 37:10

**ongoing** 27:20

**open** 17:10 25:5

**opened** 19:22

**operations** 10:12 11:9 16:24

**operator** 13:22

**optional** 22:22

**order** 11:12

**outer** 39:5

**outfits** 38:24

**P**

**p.m.** 40:11

**pants** 39:4

**parcel** 9:19

**parked** 15:10

**passenger** 13:3

**past** 8:16

**patrol** 6:5,8,13 20:19 21:1,3,4,5,7 38:19,21 39:1,2,3,10

**pause** 35:7,16

**paused** 35:9,11,14

**Pearl** 6:3,10,12,15

**people** 9:23 10:14,19 13:6 23:11

**percentage** 21:2

**performed** 26:10

**person** 11:15 23:21

**personally** 30:1,2

**Peterson** 5:15 8:7 17:13,15,20 18:11,15, 17,21 19:2,6,9,16 24:7, 25 25:8,14 26:5,24 28:19,20 29:17 35:1,18 37:24 38:8,11,14,16

**Peterson's** 9:5 22:25 34:7,10

**photograph** 31:17

**photographing** 30:22

**physical** 29:8

**pistol** 20:3

**place** 21:12 26:12

**plan** 9:2 12:12

**plans** 16:24

**point** 14:6 18:5 19:2,22 24:5 25:13 30:18 31:12 36:12 37:9 38:5 39:23 40:5

**policies** 21:12 22:9,14

**policy** 21:17,21,22 22:4

**position** 33:14,20

**possibility** 25:11

**Possibly** 28:13

**potential** 30:22

**premises** 9:15,16 31:4

**present** 9:22 10:22 33:17

**press** 35:20

**pressed** 40:6

**prior** 8:7,16 13:12 33:4 34:15 35:11

**procedure** 12:11 21:17,21

**procedures** 21:12 22:10,14

**proceed** 35:14

**proceeded** 23:12

**process** 12:6 35:23 36:2,15

**professional** 39:6

**property** 9:17

**provided** 22:14

**published** 22:17

**put** 24:18

i4

## Q

**Quave** 8:2,4 10:13 11:19 12:1

**question** 5:22 15:22

**questions** 5:20 26:22 27:13 28:10 29:2 32:14 40:8

## R

**range** 8:19

**rank** 6:4

**read** 22:18

**ready** 12:9

**real** 6:2

**recall** 8:9,14,17,23,25 9:1,8,13,22,23 10:8,18 11:7,23 12:2,5,10,13 13:4,6,7,17 14:6,9,11, 18,20 15:1,2,4,9,12 16:5,11,14,16,18,20,21, 23 17:4,6,7,8,11 18:2, 22,23 19:1,4,25 20:2,5, 7,8,10,13 21:11,14,22 22:3,24 23:2,9 24:1,9, 12,14,17 25:1,2,5,7,8, 10 26:5,24 27:24 28:5, 20 29:11,13,19,21,22, 24 30:21 31:22 32:2,3, 7,8,17,22 34:12,17 35:13,19,22 36:6,8,14 37:16,25 38:3,6 39:13

**recalled** 28:18

**receive** 6:22

**recollection** 7:5

**record** 5:8 32:10,11

**recording** 21:25

**refer** 5:11 22:3

**reference** 8:5 13:9 25:13 27:17

**referring** 19:6

**regular** 21:5 39:2,3

**relation** 34:18 39:21

**remember** 8:11 10:4 12:18,23 25:19 26:3,23 29:10 30:5 32:1 34:6 35:20 37:24 38:2,4

**repeat** 5:21

**report** 26:15 30:3,18

**reporter** 5:25

**reports** 7:14

**represent** 5:15

**require** 7:3

**required** 21:13,24 22:18,20 30:18

**residence** 13:11 15:14 25:12 31:5 34:7 35:21

**resident** 30:16

**Response** 6:19 7:7

**responsibility** 13:21, 22 31:2,8

**responsible** 26:20 30:21

**rest** 17:18 35:15,21

**resulted** 30:17

**review** 7:11,14

**ride** 12:21

**River** 6:3,10,12,15

**Road** 12:18

**rode** 12:22,23 13:2

**role** 6:3,13 11:11

**room** 9:18 36:24 37:1, 2,22,23 38:1

**rooms** 36:7 37:18

**roughly** 6:9

**running** 11:5,20

**Ryan** 8:1 11:2

## S

**safe** 24:25 25:2,6 36:11

**sat** 17:15 18:21 19:9

**scene** 26:10 30:22

31:9,17 36:10

**schedule** 21:5

**school** 6:23

**schools** 7:2

**search** 8:15 9:6 10:4,5 22:1 24:19 26:10 29:1 31:4 32:16,19 33:3,7, 13,17

**seat** 13:3

**seconds** 15:25 16:1 19:17,19 23:16 34:22, 24 35:3,9,24

**secure** 18:4 36:10

**secured** 26:10

**securing** 31:3

**send** 6:23 7:3

**sergeant** 6:4,7 33:2,22

**serving** 30:7

**set** 34:21

**Shane** 8:2 10:22 12:24, 25 15:2,4 26:4

**Sheriff** 8:2 29:22 38:2,4

**sheriff's** 9:15 22:15 36:21

**shift** 39:2

**shirts** 39:4

**shortly** 32:4

**side** 26:6,7 37:17,20

**sidearm** 20:2

**sir** 5:18 6:11,16,20 7:13, 16,19,21 8:14,22 9:10, 12,21 11:22,25 12:4,19, 22 14:2,5 16:4 17:21 18:2 20:4,19 21:10,16 22:11,19,21,23 23:1,20, 23 24:3,23 25:22 26:13 27:1 29:5,7 30:24 31:1, 6,13,16,18,21 32:2 33:15,18,21 34:3,5,8,12 35:25 36:17 38:20,23 39:17 40:7

**sitting** 18:17

**situation** 30:13

**small** 12:13 34:13

**speak** 11:6

**speaking** 11:8 12:11

**special** 6:18 7:7 31:7

**specific** 7:10 19:4

**specifically** 19:7 26:16

**spoken** 7:17 8:1

**SRT** 33:16 38:22 39:7, 11,14

**Stachura** 8:1 11:2 27:6,9 32:4

**stack** 13:25 14:1,4,7,10 15:11

**stand** 18:22

**standard** 34:13 39:14

**standards** 6:24

**standing** 34:15,16,18

**state** 5:7 6:24

**statement** 30:3

**statements** 7:15

**station** 27:3

**steps** 34:13,16

**stops** 21:23

**stuff** 6:1 36:19

**suggests** 37:15

**supervisor** 6:5,8,13 21:4,8 38:19,21 39:1

**supplement** 30:20

**support** 36:3 40:7

**supposed** 27:19,21 28:3,17

**suspect** 30:16

**SWAT** 6:23 33:5

**sworn** 5:2

## T

**table** 25:24,25 26:6,7

i5

**tac** 39:9

**taking** 28:19,20,25

**talk** 27:5,16

**talked** 27:12,24

**talking** 10:6 30:1 32:3

**tall** 33:22,24

**taller** 34:2

**Tate** 5:1,9,11 33:2

**team** 6:19 7:8 10:19,20
11:14 13:13,23,24
17:18 30:7 33:6 37:4

**telling** 11:10

**ten** 16:1 19:19 34:22,24
35:3

**test** 22:13

**tested** 22:6,7

**testified** 5:3 23:17
27:6,10

**testify** 7:12

**testimony** 8:3

**thing** 11:13 27:20 30:23

**things** 12:13,14,15

**three-and-a-half** 6:9,
14

**time** 7:1 10:1 15:12,13,
24 17:12 18:5,14 19:3,
13,15,22 21:10,14
30:18 33:3 35:7,11
36:12 37:9 38:5 39:23
40:5

**times** 7:6

**today** 7:12,18,21,22 8:3
9:20 10:19

**told** 7:23 8:4 28:22
29:11 31:10

**traffic** 21:23

**trailer** 34:13 37:18,21

**trained** 22:5

**training** 6:21 7:7

**transitioned** 18:24

**truck** 12:25 13:1 24:18

**Tucker** 8:2 10:22 13:2,
12 14:18 15:2 16:15

**Tucker's** 12:24,25

**turn** 35:16

**Tyler** 5:1,9,10,12,14
27:22

**type** 6:1,21 21:24 30:23

---

**U**

**uh-huhs** 6:1

**understand** 5:21,22
10:16 11:16,18

**understanding** 21:20
22:9

**uniform** 39:11,12,16

**uniforms** 39:3,14

**unlock** 24:25

**unsafe** 37:15

**updated** 22:16

**uttering** 37:10

---

**V**

**varies** 33:20

**vehicles** 15:16

**verbalize** 5:24

**verbatim** 21:18,19

**versus** 21:3

**vest** 24:18 39:5,9

---

**W**

**walked** 19:13 25:12

**Wallace** 29:19

**warrant** 9:2,6 10:4,5
12:7,10,12 16:22,25
24:20 29:1 30:8 32:16,
19 33:17

**warrants** 8:15 22:1
33:4,7,13

**weapon** 19:25

**weapons** 19:21

**wear** 20:18,25 21:13

**wearing** 20:8,11 21:8
26:25 39:10,11,15

**week** 28:7 29:16

**When's** 17:12

**wider** 34:4

**Williams** 10:17 11:20,
24

**word** 38:25

**work** 8:10 21:5

**working** 39:2

**wrap** 32:14

**wrapped** 26:10

**written** 7:14 22:13

---

**Y**

**y'all** 6:21 9:4,9,11 11:9
12:9 13:5,6,15,16,25
15:10,12,13,24 16:24,
25 19:13,22 22:5,8,18,
20 26:9 27:16 32:14,15

**y'all's** 19:21 29:15

**year** 6:7,8

**years** 6:9,14 7:6 33:6